UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DWAYNE HOBY FAULKNER,

          Petitioner,

v.                              Case No. 3:08-cv-1115-J-12TEM

UNITED STATES DEPARTMENT
OF JUSTICE, et al.,

          Respondents.

## ORDER

On October 28, 2008, Petitioner Faulkner, who is proceeding *pro se*, initiated a case in this Court by filing a Petition for Writ of Habeas Corpus Ad Prosequendum (hereinafter Petition). The Clerk of Court opened the case and assigned the following miscellaneous case number: Case No. 3:08-mc-42-J-25TEM. On November 19, 2008, this Court directed the Clerk of Court to remove the Petition from the miscellaneous case file and file it as a new case with a 530 nature of suit designation. Case No. 3:08-mc-42-J-25TEM, Court's Order (Doc. #2), filed November 20, 2008. Further, the Court directed the Clerk of Court to close the miscellaneous case.

In accordance with the Court's directive, the Clerk of Court removed the Petition from the miscellaneous case file, closed the miscellaneous case, filed the Petition as a new habeas corpus case

and assigned the following case number: Case No. 3:08-cv-1112-J-34HTS. Thereafter, the Clerk of Court, in error, removed an additional copy of the Petition from the miscellaneous case file and filed that Petition as a new habeas corpus case and assigned the following case number: Case No. 3:08-cv-1115-J-12TEM.

Both habeas corpus cases (Case No. 3:08-cv-1112-J-34HTS and Case No. 3:08-cv-1115-J-12TEM), containing identical Petitions, are now pending in this Court. For this reason, this case (Case No. 3:08-cv-1115-J-12TEM) will be dismissed without prejudice to Petitioner's right to pursue his claims in the earlier-numbered habeas corpus case, Case No. 3:08-cv-1112-J-34HTS.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED** without prejudice to Petitioner's right to pursue his claims in Case No. 3:08-cv-1112-J-34HTS.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 26TH day of November, 2008.

Howell W. Melton
UNITED STATES DISTRICT JUDGE

sc 11/27
c:
Dwayne Hoby Faulkner